IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISTIAN MARSTON,<br><br>    Petitioner,<br><br>  v.<br><br>KATHLEEN PROSPER, et al.,<br><br>    Respondents.<br>_____/ | No. C 07-00100 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On October 11, 2007, the Court granted the request by Petitioner John Christian Marston to hold his petition for writ of habeas corpus pursuant in abeyance pending exhaustion of Petitioner's claims in state court. The Court stayed this action to allow Petitioner to present his unexhausted claims in state court and directed Petitioner to notify this Court within thirty days after the state court has completed its review of his claims or after review of his claims has been refused. More than five and a half years has passed and Petitioner has not informed the Court regarding the status of his claims in state court. Accordingly, the Court HEREBY REQUIRES

///
///
///
///

Petitioner to file a status report by no later than April 10, 2014 to inform the Court as to the status of his claims in state court.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE