IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISTIAN MARSTON, | No. C 07-00100 JSW |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| KATHLEEN PROSPER, et al., | |
| Respondents. | |

On October 11, 2007, the Court granted the request by Petitioner John Christian Marston to hold his petition for writ of habeas corpus pursuant in abeyance pending exhaustion of Petitioner's claims in state court. The Court stayed this action to allow Petitioner to present his unexhausted claims in state court and directed Petitioner to notify this Court within thirty days after the state court has completed its review of his claims or after review of his claims has been refused.

///
///
///
///
///

In response to the order requiring a status report, Petitioner informed the Court that his habeas petition is now moot.  Accordingly, the Court HEREBY DISMISSES this action.

**IT IS SO ORDERED.**

Dated: March 31, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE